IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 17  AM 11: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| DIRECTV, INC., a California Corporation | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-2046-MIV |
| | ) | |
| RICK SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED ORDER OF COMPROMISE AND DISMISSAL**

It appearing to the court that the parties have settled all matters in controversy existing

between them it is therefore accordingly ORDERED, ADJUDGED AND DECREED by the

court that:

The Complaint of the Plaintiff, DIRECTV, Inc. is hereby dismissed with prejudice as to

Defendant Rick Smith.

_____
Judge

Respectfully Submitted,

_____
Antonio L. Matthews (018107)
Attorney for Plaintiff
Baker, Donelson, Bearman, Caldwell &
Berkowitz
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
901-577-2385

*Attorneys for DIRECTV, Inc.*

_____
Barry R. Tidwell, Esq. (#020544)
530 Church Street, Suite 202
Nashville, TN 37219

*Attorney for Rick Smith*

M RRC 896020 v1
2815281-000468  08/09/2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-17-05_

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CV-02046 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

---

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Barry R. Tidwell
TIDWELL CARTEE, P.C.
530 Church St.
Ste. 202
Nashville, TN 37219

Honorable Jon McCalla
US DISTRICT COURT