*UNITED STATES DISTRICT COURT*
## *WESTERN DISTRICT OF TENNESSEE*
## *WESTERN DIVISION*

FILED BY _____ D.C.

05 AUG 17 AM 11: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

DIRECTV, INC.                                   **JUDGMENT IN A CIVIL CASE**

VS

RICK SMITH.                                     **CASE NO: 04-2046 M1/V**

---

The parties having settled all matters in controversy:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Agreed
Order of Compromise and Dismissal filed August _17_, 2005, this case
is DISMISSED with prejudice.


APPROVED:


JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT


Aug 17, 2005
Date

THOMAS M. GOULD
Clerk of Court


(By) Deputy Clerk


This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-17-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02046 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

Antonio L. Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Barry R. Tidwell
TIDWELL CARTEE, P.C.
530 Church St.
Ste. 202
Nashville, TN 37219

Honorable Jon McCalla
US DISTRICT COURT